# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

EUGENIO FLORES FLORES.

      Defendant.

3:25-cr-184-KDB

## MOTION TO EXTEND 12(b)(3) DEADLINE

Eugenio Flores Flores, by and through his counsel of record Carson Smith, Assistant Federal Public Defender, respectfully requests that this Court continue the pretrial motions' deadline under Fed. R. Crim. P. 12(b)(3). As grounds therefore, it is averred:

1. On January 22, 2026, Mr. Flores Flores was arraigned pursuant to an indictment charging him with one count of conspiracy to possess with intent to distribute a controlled substance and one count of possession with intent to distribute a controlled substance under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Mr. Flores Flores consented to detention.

2. This matter is scheduled for a Status Conference on June 25, 2026, at 9:30 A.M. and Docket Call on July 6, 2026, at 9:30 A.M. before this Honorable Court.

3. The Rule 12(b)(3) deadline for motions is May 22, 2026.

4. Defense counsel is awaiting additional discovery relevant to Mr. Flores Flores' decision whether to file motions under Rule 12(b)(3). Once received, defense counsel will need time to review and advise Mr. Flores Flores.

5. Based on the stated reasons, defense counsel is requesting a thirty-day extension of

1

the 12(b)(3) deadline for motions.

6.          This is Mr. Flores Flores' second motion to continue the 12(b)(3) deadline.

7.          The government is unopposed.

**WHEREFORE**, Eugenio Flores Flores requests a thirty-day extension of the pretrial motion and notice deadlines.

Respectfully submitted,

s/ _Carson Smith_

Carson Smith
NC Bar 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

***Counsel for Eugenio Flores Flores***

Dated: May 21, 2026

2